USDC IN/ND case 2:20-cv-00205-JVB-JPK document 3 filed 04/15/20 page 1 of 8
45D02-2004-CT-000418
Filed: 4/15/2020 2:43 PM
Clerk
Lake Superior Court, Civil Division 2
Lake County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA ) | | LAKE CIRCUIT / SUPERIOR COURT |
| ) SS: | | SITTING AT |
| COUNTY OF LAKE ) | | _____, INDIANA |

ROSEMARY ANTONACOPULOS )
    Plaintiff, )
    v. )   Cause No.:
CINTAS CORPORATE SERVICES, )
INC. and UNKNOWN INDIANA )
RESIDENT CINTAS EMPLOYEE, )
    Defendant. )

## COMPLAINT

Plaintiff Rosemary Antonacopulos, by and through their attorneys, Schlyer and Associates, P.C. as her Complaint against Defendants Cintas Corporate Services, Inc. and Unknown Indiana Resident Cintas Employee, states and alleges as follows:

1. This is a civil action for injuries and damages sustained on or about September 27, 2019 at the ArcelorMittal Plant in East Chicago, Lake County, Indiana.

2. Plaintiff Rosemary Antonacopulos, is currently and at all relevant times, an adult resident of Lake County, Indiana.

3. Upon information and belief, Defendant Cintas Corporate Services, Inc. (Defendant Cintas) is a corporation organized under the laws of the State of Ohio.

4. Upon information and belief, Defendant Cintas' corporate office is currently located in Cincinnati, Ohio.

5. Upon information and belief, Defendant Cintas' home office is located at 6800 Cintas Blvd, Cincinnati, Ohio.

6. Defendant Cintas owns and operates a factory in Hammond, Indiana.

7. Defendant Cintas has dozens of employees who live in Northwest Indiana.[1]

8. Defendant Cintas has dozens of employees who live in Lake County, Indiana.

9. Upon information and belief, Defendant Cintas provides a variety of solutions to help improve a company's image, protect your business, and save you money.

10. Upon information and belief, Defendant Cintas provides uniform and apparel solutions, facility services, first aid and safety services, fire protection services, training and compliance services, flame resistant clothing for businesses, tile and carpet cleaning services, and restroom and hygiene solutions.

11. Upon information and belief, Defendant Cintas provides mat services, towel services, restroom supplies, microfiber cleaning, tile and carpet cleaning, parts cleaner, cleaning chemicals, mop services, restroom cleaning, and coil cleaning.

12. Upon information and belief, Defendant Cintas has several mat and carpet solution options to meet the various needs of the businesses they serve.

13. Upon information and belief, Defendant Cintas provides mat services to its customers by providing no upfront inventory investments for their customers.

14. Upon information and belief, Defendant Cintas delivers fresh, clean mats on a regular schedule to meet the needs of their customers.

15. Upon information and belief, Defendant Cintas has flexible programs to meet the changing needs of their customers.

16. Upon information and belief, Defendant Cintas services Northwest Indiana from their Hammond, Lake County Indiana location.

---

[1] Plaintiff Rosemary Antonacopulos will conduct discovery to identify the Unknown Indiana Resident Cintas Employee. Plaintiff will ask for leave to file an Amended Complaint and properly serve the Unknown Indiana Resident Cintas Employee.

17. Upon information and belief, Defendant Cintas is a janitorial equipment supplier in Hammond, Lake County, Indiana.

18. Upon information and belief, Defendant Cintas has a business location at 1303 Kenwood Street, Hammond, Lake County, Indiana.

19. Upon information and belief, Defendant Unknown Indiana Resident Cintas Employee (Defendant Employee) is a resident of the State of Indiana.

20. Upon information and belief, Defendant Employee works out of a Defendant Cintas location in Hammond, Lake County, Indiana.

21. Defendant employee delivered fresh mats to the ArcelorMittal Plant in East Chicago, Lake County, Indiana.

22. Defendant Employee did not follow long standing safety protocol when picking up the new dirty mats and replacing them with fresh mats.

23. During the morning of September 27, 2019, Plaintiff Rosemary Antonacopulos was in the course of employment at ArcelorMittal in East Chicago, Indiana.

24. At the same time, Defendant Employee, employee of Defendant Cintas was performing mat services on behalf of Defendant Cintas at ArcelorMittal.

25. At all times relevant, unknown Defendant Cintas employee was in the course and scope of his employment with Defendant Cintas.

26. Plaintiff Rosemary Antonacopulos walked out of the break room to back to her work station.

27. Unknown Defendant Cintas Employee had improperly placed the mats in the walkway.

28. As a result of the improperly placed mats Plaintiff Rosemary Antonacopulos fell.

29. As a result of Defendants' failure to follow safety protocols Plaintiff Rosemary Antonacopulos was injured.

## COUNT I

Plaintiff Rosemary Antonacopulos, by and through counsel, Schlyer & Associates, P.C., as Count I of her Complaint against Defendants Cintas Corporate Services, Inc. and Unnamed Indiana Resident Cintas Employee, states and realleges as follows:

30. Plaintiff re-alleges and re-incorporates all prior and subsequent paragraphs as and for paragraph 30 of Count I of this Complaint.
31. Defendant Employee had a duty to its customers, customer's employees, contractors, invitees and the general public to protect and safeguard them while performing their jobs.
32. Defendant Employee had a duty to its customers, customer's employees, contractors, invitees and the general public to follow safety protocol and perform their job safely.
33. Defendant Employee had a duty to its customers, customer's employees, contractors, invitees and the general public to be careful, use good judgment and common sense while performing their jobs.
34. Defendant Employee had a duty to its customers, customer's employees, contractors, invitees and the general public to not retain employees who cause injury to their customer, customer's employees, contractors, invitees and the general public, by not following safety protocol.
35. Defendant Employee breached their aforementioned duties to Plaintiff by negligently, carelessly and/or recklessly committing the following acts or omissions, among others:

    a. Failing by the exercise of reasonable care to discover the dangerous condition posed by the actions of its employees, which condition provided an unreasonable risk of harm to Plaintiff;

    b. Failing to operate in a reasonably careful and prudent manner;

    c. Failing to exercise reasonable care to protect its customers, customer's employees, contractors, invitees and the general public against danger, when it knew or should have known that its invitees would not realize the danger or would fail to protect themselves against the danger;

    d. Placing rolled mats in the walkway;

    e. Placing rolled mats in an unexpected place;

    f. Failing to place rolled mats in a cart as required by safety protocols;

    g. Failing to exercise reasonable care to protect Plaintiff against danger posed by its actions, when it knew or should have known that Plaintiff would not realize the danger or would fail to protect herself against the danger posed by pulling on hoses while she was walking down the hallway;

36. Upon information and belief, all times relevant, Defendant Employee was acting in the course of employment with Defendant Cintas.

37. As a direct and proximate result of the negligence, carelessness, and/or recklessness of Defendant Cintas, particularly Defendant Employee, Plaintiff Rosemary Antonacopulos sustained injuries and damages, including but not limited to, the following:

    a. Bodily injuries;

    b. Permanent disability;

    c. Lost wages;

    d. Lost benefits;

    e. Loss of normal use;

    f. Loss of normal life;

    g. Past, present and future pain and suffering and inconvenience; and

    h. Past, present and future medical expenses.

WHEREFORE, Plaintiff prays for judgment against Defendants, in an amount sufficient to compensate her for losses, costs of this action, and for all other further just and proper relief in the premises.

## COUNT II

Plaintiff Rosemary Antonacopulos, by and through counsel, Schlyer & Associates, P.C., as Count I of her Complaint against Defendants Cintas Corporate Services, Inc. and Unnamed Indiana Resident Cintas Employee, states and realleges as follows:

38. Plaintiff re-alleges and re-incorporates all prior and subsequent paragraphs as and for paragraph 38 of Count I of this Complaint.

39. Upon information and belief Defendant Employee was an employee and/or agent of Defendant Cintas at the time of the fall.

40. Upon information and belief Defendant Employee was acting within their normal course of employment and/or agency relationship with Defendant Cintas at the time of the fall.

41. Defendant Cintas had a duty to customers, customer's employees, contractors, invitees and the general public, including Plaintiff Rosemary Antonacopulos, to ensure their employees were operating in a reasonably safe manner.

42. Defendant Cintas breached the aforementioned duty in that they allowed Defendant Employee to operate in a negligent, careless, and/or reckless manner by committing the following acts and/or omissions, among others:

    a. Failing to have adequate and/or proper training relating to its employees;

    b. Failing to protect its customers, customer's employees, contractors, invitees and the general public from its employees;

    c. Failing to warn its customers, customer's employees, contractors, invitees and the general public of its employees;

    d. Failing to ensure its employees follow the dictates of its customers;

    e. Failing to use the requisite degree of care that a reasonably prudent corporation would have used under the same or similar circumstances;

    f. Failing to exercise reasonable and prudent care for the safety of their business customers.

43. As a direct and proximate result of the negligence, carelessness, and/or recklessness of Defendant Cintas, particularly Defendant Employee, Plaintiff Rosemary Antonacopulos sustained injuries and damages, including but not limited to, the following:

    a. Bodily injuries;

    b. Permanent disability;

    c. Lost wages;

    d. Lost benefits;

    e. Loss of normal use;

    f. Loss of normal life;

    g. Past, present and future pain and suffering and inconvenience; and

h.  Past, present and future medical expenses.

WHEREFORE, Plaintiff prays for judgment against Defendants, in an amount sufficient to compensate her for losses, costs of this action, and for all other further just and proper relief in the premises.

Respectfully submitted,

SCHLYER & ASSOCIATES, P.C.

*/s/David R. Novak*
David R. Novak, #22494-45

## JURY DEMAND

Plaintiffs by and through their counsel, Schlyer & Associates, demand trial by jury on all issues contained herein.

Respectfully submitted,

SCHLYER & ASSOCIATES, P.C.

*/s/David R. Novak*
David R. Novak, #22494-45

SCHLYER & ASSOCIATES, P.C.
200 West 80th Place
Merrillville, Indiana 46410
219/757-0228
219/757-0231 (FAX)