UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ROSEMARY ANTONACOPULOS  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>CINTAS CORPORATION NO. 2,  )<br>    Defendants.  ) | Case. No.: 2:20-CV-207 |

## AMENDED COMPLAINT

Plaintiff Rosemary Antonacopulos, by and through their attorneys, Schlyer and Associates, P.C. as her Amended Complaint against Defendant Cintas Corporation No. 2, state and allege as follows:

1. This is a civil action for injuries and damages sustained on or about September 27, 2019 at Suncoke Energy, located at the ArcelorMittal Plant in East Chicago, Lake County, Indiana.

2. Plaintiff Rosemary Antonacopulos, is currently and at all relevant times, an adult resident of Lake County, Indiana.

3. Upon information and belief, Defendant Cintas Corporation No. 2 (Defendant Cintas) is a corporation organized under the laws of the State of Ohio.

4. Upon information and belief, Defendant Cintas' corporate office is currently located in Cincinnati, Ohio.

5. Upon information and belief, Defendant Cintas is authorized to conduct business in the State of Indiana.

6. Upon information and belief, Defendant Cintas has a business license for the City of East Chicago, Indiana.

7. Upon information and belief, Defendant Cintas' home office is located at 6800 Cintas Blvd, Cincinnati, Ohio.

8. Defendant Cintas owns and operates a factory in Hammond, Indiana.

9. Defendant Cintas has dozens of employees who live in Northwest Indiana.

10. Defendant Cintas has dozens of employees who live in Lake County, Indiana.

11. Upon information and belief, Defendant Cintas provides a variety of solutions to help improve a company's image, protect your business, and save you money.

12. Upon information and belief, Defendant Cintas provides uniform and apparel solutions, facility services, first aid and safety services, fire protection services, training and compliance services, flame resistant clothing for businesses, tile and carpet cleaning services, and restroom and hygiene solutions.

13. Upon information and belief, Defendant Cintas provides mat services, towel services, restroom supplies, microfiber cleaning, tile and carpet cleaning, parts cleaner, cleaning chemicals, mop services, restroom cleaning, and coil cleaning.

14. Upon information and belief, Defendant Cintas has several mat and carpet solution options to meet the various needs of the businesses they serve.

15. Upon information and belief, Defendant Cintas provides mat services to its customers by providing no upfront inventory investments for their customers.

16. Upon information and belief, Defendant Cintas delivers fresh, clean mats on a regular schedule to meet the needs of their customers.

17. Upon information and belief, Defendant Cintas has flexible programs to meet the changing needs of their customers.

18. Upon information and belief, Defendant Cintas services Northwest Indiana from their Hammond, Lake County Indiana location.

19. Upon information and belief, Defendant Cintas is a janitorial equipment supplier in Hammond, Lake County, Indiana.

20. Upon information and belief, Defendant Cintas has a business location at 1303 Kenwood Street, Hammond, Lake County, Indiana.

21. Defendant Cintas' employee(s) delivered fresh mats to the ArcelorMittal Plant in East Chicago, Lake County, Indiana.

22. Defendant Cintas' employee(s) did not follow long standing safety protocol when picking up the new dirty mats and replacing them with fresh mats.

23. During the morning of September 27, 2019, Plaintiff Rosemary Antonacopulos was in the course of employment at Suncoke Energy located at ArcelorMittal in East Chicago, Indiana.

24. At the same time, Defendant Cintas' employee(s), were performing mat services at Suncoke Energy / ArcelorMittal in East Chicago, Indiana.

25. At all times relevant, the employees of Defendant Cintas were working in the course of their employment with Defendant Cintas.

26. At all times relevant, the employees of Defendant Cintas were authorized to perform work on behalf of Defendant Cintas.

27. Plaintiff Rosemary Antonacopulos left the break room to return to her workstation.

28. The Defendant Cintas Employees had improperly placed the mats partially blocking the walkway.

29. As a result of the improperly placed mats Plaintiff Rosemary Antonacopulos fell.

30. As a result of Defendants' failure to follow safety protocols Plaintiff Rosemary Antonacopulos was injured.

31. Defendant Cintas had a duty to its customers, customer's employees, contractors, invitees and the general public to protect and safeguard them while performing their jobs.

32. Defendant Cintas had a duty to its customers, customer's employees, contractors, invitees and the general public to follow safety protocol and perform their job safely.

33. Defendant Cintas had a duty to its customers, customer's employees, contractors, invitees and the general public to be careful, use good judgment and common sense while performing their jobs.

34. Defendant Cintas had a duty to its customers, customer's employees, contractors, invitees and the general public to not retain employees who cause injury to their customer, customer's employees, contractors, invitees and the general public, by not following safety protocol.

35. Defendant Cintas breached their aforementioned duties to Plaintiff by negligently, carelessly and/or recklessly committing the following acts or omissions, among others:

    a. Failing by the exercise of reasonable care to discover the dangerous condition posed by the actions of its employee(s), which condition provided an unreasonable risk of harm to Plaintiff;

    b. Failing to operate in a reasonably careful and prudent manner for the safety of their business customers;

    c. Failing to exercise reasonable care to protect its customers, customer's employees, contractors, invitees and the general public against danger, when it

>  knew or should have known that its invitees would not realize the danger or would fail to protect themselves against the danger;
>
>  d. Failing to use the requisite degree of care that a reasonably prudent corporation would have used under the same or similar circumstances;
>
>  e. Placing rolled mats in the walkway;
>
>  f. Placing rolled mats in an unexpected place;
>
>  g. Failing to place rolled mats in a cart as required by safety protocols;
>
>  h. Failing to ensure its employee(s) follow the dictates of its customers;
>
>  i. Failing to exercise reasonable care to protect Plaintiff against danger posed by its actions, when it knew or should have known that Plaintiff would not realize the danger or would fail to protect herself against the danger posed by pulling on hoses while she was walking down the hallway;

36. Upon information and belief Defendant Cintas' employee(s) were acting within their normal course of employment and/or agency relationship with Defendant Cintas at the time of the fall.

37. Defendant Cintas had a duty to customers, customer's employees, contractors, invitees and the general public, including Plaintiff Rosemary Antonacopulos, to ensure their employees were operating in a reasonably safe manner.

38. As a direct and proximate result of the negligence, carelessness, and/or recklessness of Defendant Cintas, Plaintiff Rosemary Antonacopulos sustained injuries and damages, including but not limited to, the following:

    a. Bodily injuries;

    b. Permanent disability;

      c. Lost wages;

      d. Lost benefits;

      e. Lost profit sharing;

      f. Loss of time towards retirement;

      g. Loss of normal use;

      h. Loss of normal life;

      i. Past, present and future pain and suffering and inconvenience; and

      j. Past, present and future medical expenses.

WHEREFORE, Plaintiff prays for judgment against Defendant, in an amount sufficient to compensate her for losses, costs of this action, and for all other further just and proper relief in the premises.

Respectfully submitted,

SCHLYER & ASSOCIATES, P.C.


*/s/David R. Novak*
David R. Novak, #22494-45


SCHLYER & ASSOCIATES, P.C.
200 West 80th Place
Merrillville, Indiana 46410
219/757-0228
219/757-0231 (FAX)

## JURY DEMAND

Plaintiff by and through her counsel, Schlyer & Associates, demands trial by jury on all issues contained herein.

Respectfully submitted,

SCHLYER & ASSOCIATES, P.C.

*/s/David R. Novak*
David R. Novak, #22494-45

SCHLYER & ASSOCIATES, P.C.
200 West 80th Place
Merrillville, Indiana 46410
219/757-0228
219/757-0231 (FAX)

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of July, 2020, service of a true and complete copy of the attached pleadings and papers was made upon the aforementioned parties by Pacer, Indiana eFile System, eMail, Facsimile, and/or USPS First Class Mail with appropriate postage attached.

*Christopher L. Wartman*